1. John Barber
2. BK. 05083-10152
3. W.V.D.C.
4. 9500 N. Etiwanda Ave.
5. Rancho Cucamonga, Ca. 91739

**FILED**
MAR 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

**CV 08   1526   SBA   (PR)**

8. U.S. Bureau of Prisons,
9. I'm directing my complaint to you per U.S.
10. Department of Justice.
11. I'm seeking redress from a "hate crime"
12. initiated 9/5/2004... I've been deprived the
13. due process of law by prison officials who
14. will not answer complaints and knowingly
15. file false reports.
16. Attached is a complete copy of the document
17. with exhibits separated in order. I request
18. these documents be accepted as a formal
19. complaint filing and upon a conclusion the
20. documents be returned.

Thank You,

John Barber
Complainant  3/12/2008

1  John Barber
2  BK. 0503340152
3  W.V.D.C.
4  9500 N. Etiwanda Ave.
5  Rancho Cucamonga CA. 91739

**FILED**
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

SBA

CV 08 1526 (PR)

8  U.S. Bureau of Prisons,
9  I'm directing my complaint to you per U.S.
10 Department of Justice.
11 I'm seeking redress from a "Hate Crime"
12 initiated 8/5/2004... I've been deprived the
13 due process of law by prison official who
14 will not answer complaints and knowingly
15 file false reports.
16 Attached is a complete copy of the complaint
17 with exhibits separated in order. I request
18 these documents be excepted as a formal
19 complaint filing and upon a conclusion the
20 documents be returned.

22  Thank you
23  John Barber
    Complainant 3/12/2008