1  JOHN BARBER
2  #0503340152
3  9500 N. ETIWANDA AVE.
4  RANCHO CUCAMONGA CA. 91739

RECEIVED
APR - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
APR - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7  ATT. RICHARD WIEKING,        C-08-1526-SBA

8  I AM ADDRESSING YOU IN REGARDS TO THE ATTACHED FILING.
9  I AM UNCERTAIN JUST HOW THE DOCUMENT GOT TO YOU COURT...BECAUSE I AM
10 IN SAN BERNARDINO CALIFORNIA, TO AVOID CONSUMING UNDUE TIME PLEASE
11 INFORM ME AS TO THE RIGHT JURISDICTION

                                    THANK YOU
13 date 3/31/2008                   [signature] John Barber

JOHN BARKER

#05033400152

W.V.D.C.#5-D-8

9500 N.ETIWANDA AVE.

RANCHO CUCAMONGA CA.91739

E-filing

# DECLARATION

ATT:

SENATOR DIANNE FEINSTEIN

U.S.SENATE

331 HART SENATE OFFICE BUILDING

WASHINGTON,D.C.20510

U.S.DEPARTMENT OF JUSTICE

U.S.ATTORNEY

CENTRAL DISTRICT OF CALIFORNIA

1200 UNITED STATES COURTHOUSE

312 N.SPRING ST.

LA.CA.90012

GOVERNOR SCHWARZENEGGER

801 CAPITOL MAIL

SACRAMENTO CA.95814

PROSPECTIVE DEFENSE ATTORNEY[S].

1




CITY OF INDUSTRY CA 917
PASADENA CA 910
01 APR 2008 PM 3 T

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

JOHN BARBER
9500 N. ETIWANDA AVE
RANCHO CUCA. CA. 91739

APR - 2008