```
                                                          FILED
                                          E-filing        MAY 1 9 2008
                                                          RICHARD W. WIEKING
                                                          CLERK, U.S. DISTRICT COURT
                                                          NORTHERN DISTRICT OF CALIFORNIA
                                                          OAKLAND
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN BARBER

     Plaintiff,

vs.

EUGINE WARFIELD

     Defendant.

CASE NO. CV 08 1526 SBA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

  I, JOHN BARBER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

  In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __NA_____ Net: __NA_____

Employer: __NA_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS  - 1 -

Case 4:08-cv-01526-SBA   Document 5   Filed 05/19/2008   Page 2 of 11

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

10/17/2003    WAGE=$1600.MONTHLY

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No _X_

b. Income from stocks, bonds, or royalties? — Yes ___ No _X_

c. Rent payments? — Yes ___ No _X_

d. Pensions, annuities, or life insurance payments? — Yes ___ No _X_

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

NA

3. Are you married? — Yes ___ No _X_

Spouse's Full Name: NA

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____    Net $_____

4. a. List amount you contribute to your spouse's support: $_____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NA
_____

5. Do you own or are you buying a home? Yes ____ No _X_

Estimated Market Value: $___NA___ Amount of Mortgage: $___NA___

6. Do you own an automobile? Yes ____ No _X_

Make ___NA___ Year _NA_ Model ___NA___

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: ___NA___
_____

Present balance(s): $ ___NA___

Do you own any cash? Yes ____ No _x_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _X_
_____

8. What are your monthly expenses?

Rent: $ ___NA___ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NA | $ | $ |
| | $ | $ |
| | $ | $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____NA_____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16 4/20/2008                         _____[signature]_____
17      DATE                              SIGNATURE OF APPLICANT

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)


## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____0_____ on account at the __West Valley Detention Center__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $__0__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $__0__.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

__03-21-08__                __Q. D. Flowers__
Date                        Authorized Officer of Institution (Signature)



# Trust Account Summary

**San Bernardino County Sheriff**
Jail Information Management System

0503340152
BARBER, JOHN
BMA
IN CUSTODY

3/21/2008 9:57 AM

| Total Deposits: | +403.97 | Total Withdrawls: | -815.47 | Balance: | $-411.50 | Facility Adjust: | $0.00 |
| Medical Co-Pay: | $-30.00 | Welfare Bag: | $-381.50 | Jail Damage: | $0.00 | ID Card: | $0.00 |

| Date | Time | Amount | Type | Tran | Reference | Fiscal Officer | Facility |
|---|---|---|---|---|---|---|---|
| 03/01/05 | 22:14 | $0.00 | D | INTA | 03340152 | M SAHAGUN | 34 |
| 03/02/05 | 00:35 | $1.50 | W | WELF | DB | S JEWSBURY | 34 |
| 03/09/05 | 12:05 | $3.25 | W | WELF | 030805 | N OLIVAS | 34 |
| 03/15/05 | 22:53 | $3.25 | W | WELF | 031505 | N OLIVAS | 34 |
| 03/16/05 | 12:25 | $20.00 | D | CIVI | 44 | S FELIX | 34 |
| 03/20/05 | 08:31 | $3.00 | W | MDCP | MP031905 | K KLEIN | 34 |
| 03/22/05 | 03:49 | $8.95 | W | COMM | 00000000 | A MALTESE | 34 |
| 03/30/05 | 11:41 | $20.00 | D | CIVI | 34 | J DOUCETTE | 34 |
| 04/01/05 | 20:21 | $100.00 | D | CIVI | 172 | R CONCEPCION | 34 |
| 04/05/05 | 04:42 | $63.66 | W | COMM | 040505 | A NEAL | 34 |
| 04/12/05 | 03:31 | $43.76 | W | COMM | 00000000 | A MALTESE | 34 |
| 04/19/05 | 03:45 | $11.80 | W | COMM | 00000000 | A MALTESE | 34 |
| 04/22/05 | 10:15 | $10.00 | D | CIVI | 35 | N ORDAZ | 34 |
| 04/26/05 | 05:42 | $10.30 | W | COMM | 00000000 | A MALTESE | 34 |
| 05/04/05 | 08:47 | $100.00 | D | CIVI | 7 | J DOUCETTE | 34 |
| 05/10/05 | 04:35 | $47.83 | W | COMM | 00000000 | A MALTESE | 34 |
| 05/17/05 | 04:33 | $24.54 | W | COMM | 00000000 | A MALTESE | 34 |
| 05/24/05 | 04:31 | $11.85 | W | COMM | 00000000 | A MALTESE | 34 |
| 05/31/05 | 06:18 | $13.94 | W | COMM | 00000000 | A MALTESE | 34 |
| 06/07/05 | 06:18 | $2.10 | W | COMM | 00000000 | A MALTESE | 34 |
| 06/08/05 | 10:27 | $15.00 | D | CIVI | 36 | | 34 |
| 06/11/05 | 19:18 | $20.00 | D | CIVI | 191 | R CONCEPCION | 34 |
| 06/14/05 | 05:36 | $32.47 | W | COMM | 00000000 | A MALTESE | 34 |
| 06/15/05 | 17:42 | $10.00 | D | CIVI | 116 | T ESCOBAR | 34 |
| 06/21/05 | 02:18 | $8.53 | W | COMM | 00000000 | A MALTESE | 34 |
| 06/23/05 | 01:59 | $32.47 | D | COMM | 00000000 | A MALTESE | 34 |
| 06/25/05 | 16:27 | $15.00 | D | CIVI | 182 | T ESCOBAR | 34 |
| 06/28/05 | 06:10 | $50.92 | W | COMM | 00000000 | A MALTESE | 34 |

| Date | Time | Amount | Type | Tran | Reference | Fiscal Officer | Facility |
|---|---|---|---|---|---|---|---|
| 06/29/05 | 06:28 | $3.25 | W | WELF | 062805 | K KLEIN | 34 |
| 07/10/05 | 14:07 | $3.00 | W | MDCP | 070805 |  | 34 |
| 07/14/05 | 11:20 | $3.25 | W | WELF | 071205 | N ORDAZ | 34 |
| 07/27/05 | 08:35 | $3.25 | W | WELF | 072605 |  | 34 |
| 08/02/05 | 22:45 | $3.25 | W | WELF | 080205 | N OLIVAS | 34 |
| 08/05/05 | 21:41 | $3.00 | W | MDCP | MP080505 | R CONCEPCION | 34 |
| 08/09/05 | 19:34 | $25.00 | D | CIVI | 51 | M PEREZ | 34 |
| 08/09/05 | 23:36 | $3.25 | W | WELF | 080905 | K KLEIN | 34 |
| 08/16/05 | 05:42 | $3.03 | W | COMM | 00000000 | A MALTESE | 34 |
| 08/17/05 | 18:57 | $3.25 | W | WELF | WB081605 |  | 34 |
| 09/07/05 | 23:27 | $3.25 | W | WELF | WB090605 | R CONCEPCION | 34 |
| 09/22/05 | 01:28 | $3.25 | W | WELF | 092005 | N ORDAZ | 34 |
| 09/28/05 | 00:49 | $3.25 | W | WELF | 092705 | N OLIVAS | 34 |
| 10/05/05 | 23:38 | $3.25 | W | WELF | WB100405 | R CONCEPCION | 34 |
| 10/11/05 | 20:26 | $30.00 | D | CIVI | 59 | R CONCEPCION | 34 |
| 10/18/05 | 03:23 | $14.04 | W | COMM | 00000000 | A MALTESE | 34 |
| 10/19/05 | 15:06 | $3.25 | W | WELF | 101805 | K KLEIN | 34 |
| 10/27/05 | 09:44 | $3.25 | W | WELF | 102505 | K KLEIN | 34 |
| 11/03/05 | 07:08 | $3.25 | W | WELF | 110105 | N OLIVAS | 34 |
| 11/08/05 | 22:40 | $3.25 | W | WELF | 110805 | N OLIVAS | 34 |
| 11/17/05 | 07:36 | $3.25 | W | WELF | 1115050 | N ORDAZ | 34 |
| 11/23/05 | 09:22 | $3.25 | W | WELF | 112205 | N ORDAZ | 34 |
| 11/30/05 | 23:12 | $3.25 | W | WELF | 112905 | K KLEIN | 34 |
| 12/07/05 | 10:04 | $3.25 | W | WELF | 120605 | G ZAMORA | 34 |
| 12/14/05 | 10:08 | $3.25 | W | WELF | 121305 | N ORDAZ | 34 |
| 12/21/05 | 06:31 | $3.25 | W | WELF | 12/20 | M PEREZ | 34 |
| 12/28/05 | 06:53 | $3.25 | W | WELF | 122705 | N ORDAZ | 34 |
| 01/03/06 | 21:58 | $3.25 | W | WELF | 010306 | K KLEIN | 34 |
| 01/05/06 | 09:34 | $3.00 | W | MDCP | 010406 | N ORDAZ | 34 |
| 01/08/06 | 21:14 | $3.00 | W | MDCP | 010506 | N ORDAZ | 34 |
| 01/11/06 | 17:42 | $3.25 | W | WELF | 011006 | K KLEIN | 34 |
| 01/18/06 | 10:26 | $3.25 | W | WELF | 011706 | N ORDAZ | 34 |
| 01/26/06 | 07:40 | $3.25 | W | WELF | 1/24 | M PEREZ | 34 |
| 02/01/06 | 09:34 | $3.25 | W | WELF | 013106 | N ORDAZ | 34 |
| 02/09/06 | 10:38 | $3.25 | W | WELF | 020706 | N ORDAZ | 34 |
| 02/24/06 | 04:23 | $3.25 | W | WELF | 2/21 | M PEREZ | 34 |
| 03/08/06 | 05:31 | $3.25 | W | WELF | 3/7 | M PEREZ | 34 |

| Date | Time | Amount | Type | Tran | Reference | Fiscal Officer | Facility |
|---|---|---|---|---|---|---|---|
| 03/15/06 | 17:43 | $3.25 | W | WELF | 031406 | K KLEIN | 34 |
| 03/28/06 | 23:15 | $3.25 | W | WELF | 3/27 | M PEREZ | 34 |
| 04/05/06 | 06:24 | $3.25 | W | WELF | 4/4 | M PEREZ | 34 |
| 04/11/06 | 23:22 | $3.25 | W | WELF | 4/11 | M PEREZ | 34 |
| 04/19/06 | 13:13 | $3.25 | W | WELF | 041806 | N ORDAZ | 34 |
| 04/26/06 | 20:47 | $3.25 | W | WELF | 042506 | K KLEIN | 34 |
| 05/09/06 | 20:37 | $3.25 | W | WELF | 050906 | L GOLDING | 34 |
| 05/17/06 | 10:53 | $3.25 | W | WELF | 051606 | K KLEIN | 34 |
| 05/24/06 | 10:53 | $3.00 | W | MDCP | 052306 | K KLEIN | 34 |
| 05/26/06 | 12:24 | $3.25 | W | WELF | 52306 | J DOUCETTE | 34 |
| 06/04/06 | 10:14 | $3.25 | W | WELF | 53006 | J DOUCETTE | 34 |
| 06/16/06 | 06:59 | $3.25 | W | WELF | 61206 | K JOHNSON | 34 |
| 06/22/06 | 10:29 | $3.25 | W | WELF | 062006 | K KLEIN | 34 |
| 07/01/06 | 11:10 | $3.25 | W | WELF | 62706 | K JOHNSON | 34 |
| 07/27/06 | 19:39 | $3.25 | W | WELF | 071406 | R ABIVA | 34 |
| 07/27/06 | 23:15 | $3.25 | W | WELF | 071406 | R ABIVA | 34 |
| 07/31/06 | 12:56 | $3.25 | W | WELF | 71306 | K JOHNSON | 34 |
| 08/01/06 | 17:26 | $3.25 | W | WELF | 9876037 | | 34 |
| 08/15/06 | 08:36 | $3.25 | W | WELF | 9917725 | | 34 |
| 08/22/06 | 04:21 | $3.25 | W | WELF | 9939806 | | 34 |
| 08/29/06 | 02:18 | $3.25 | W | WELF | 9960647 | | 34 |
| 09/06/06 | 01:12 | $3.25 | W | WELF | 9983786 | | 34 |
| 09/12/06 | 01:59 | $3.25 | W | WELF | 10001026 | | 34 |
| 09/19/06 | 05:15 | $3.25 | W | WELF | 10026855 | | 34 |
| 09/25/06 | 05:10 | $3.25 | W | WELF | 10042308 | | 34 |
| 10/03/06 | 08:14 | $3.25 | W | WELF | 10070101 | | 34 |
| 10/10/06 | 04:31 | $3.25 | W | WELF | 10089935 | | 34 |
| 10/17/06 | 03:31 | $3.25 | W | WELF | 10111344 | | 34 |
| 10/24/06 | 06:42 | $3.25 | W | WELF | 10134432 | | 34 |
| 10/31/06 | 03:13 | $3.25 | W | WELF | 10154495 | | 34 |
| 11/07/06 | 06:27 | $3.25 | W | WELF | 10177927 | | 34 |
| 11/14/06 | 06:14 | $3.25 | W | WELF | 10199519 | | 34 |
| 11/21/06 | 10:44 | $3.25 | W | WELF | 23166 | | 34 |
| 11/22/06 | 12:03 | $3.25 | W | WELF | 10218811 | | 34 |
| 11/22/06 | 12:50 | $3.25 | W | WELF | 23166 | | 34 |
| 11/27/06 | 14:33 | $3.25 | D | CRWB | 10218811 | S LINDSEY | 34 |
| 11/28/06 | 06:41 | $3.25 | W | WELF | 10243135 | | 34 |

| Date | Time | Amount | Type | Tran | Reference | Fiscal Officer | Facility |
|---|---|---|---|---|---|---|---|
| 11/30/06 | 14:43 | $3.25 | D | CRWB | 23166 | S LINDSEY | 34 |
| 12/05/06 | 05:53 | $3.25 | W | WELF | 10264341 | | 34 |
| 12/06/06 | 09:55 | $3.00 | W | MDCP | 120106 | K JOHNSON | 34 |
| 12/19/06 | 05:14 | $3.25 | W | WELF | 10307135 | | 34 |
| 12/26/06 | 02:27 | $3.25 | W | WELF | 10325865 | | 34 |
| 01/02/07 | 06:19 | $3.25 | W | WELF | 10347979 | | 34 |
| 01/09/07 | 01:06 | $3.25 | W | WELF | 10366370 | | 34 |
| 01/16/07 | 07:01 | $3.25 | W | WELF | 10390988 | | 34 |
| 01/23/07 | 07:09 | $3.25 | W | WELF | 10412867 | | 34 |
| 01/30/07 | 05:31 | $3.25 | W | WELF | 10433517 | | 34 |
| 02/06/07 | 05:29 | $3.25 | W | WELF | 10454256 | | 34 |
| 02/20/07 | 06:23 | $3.25 | W | WELF | 10498725 | | 34 |
| 02/27/07 | 06:43 | $3.25 | W | WELF | 10519862 | | 34 |
| 03/06/07 | 06:48 | $3.25 | W | WELF | 10541426 | | 34 |
| 03/13/07 | 06:22 | $3.25 | W | WELF | 10563674 | | 34 |
| 03/15/07 | 10:06 | $3.00 | W | MDCP | 31407 | K JOHNSON | 34 |
| 03/20/07 | 02:18 | $3.25 | W | WELF | 10582871 | | 34 |
| 03/27/07 | 03:11 | $3.25 | W | WELF | 10604746 | | 34 |
| 04/03/07 | 03:02 | $3.25 | W | WELF | 10627302 | | 34 |
| 04/10/07 | 05:14 | $3.25 | W | WELF | 10651479 | | 34 |
| 04/17/07 | 04:15 | $3.25 | W | WELF | 10672754 | | 34 |
| 04/20/07 | 06:56 | $3.00 | W | MDCP | 041907 | K KLEIN | 34 |
| 04/24/07 | 04:01 | $3.25 | W | WELF | 10696046 | | 34 |
| 05/01/07 | 03:30 | $3.25 | W | WELF | 10719342 | | 34 |
| 05/08/07 | 03:32 | $3.25 | W | WELF | 10741599 | | 34 |
| 05/15/07 | 02:46 | $3.25 | W | WELF | 10762645 | | 34 |
| 05/22/07 | 03:30 | $3.25 | W | WELF | 10781812 | | 34 |
| 05/29/07 | 06:45 | $3.25 | W | WELF | 10805682 | | 34 |
| 06/01/07 | 10:45 | $3.00 | W | MDCP | 053107 | R ABIVA | 34 |
| 06/05/07 | 03:47 | $3.25 | W | WELF | 10827080 | | 34 |
| 06/12/07 | 04:18 | $3.25 | W | WELF | 10851444 | | 34 |
| 06/19/07 | 08:06 | $3.25 | W | WELF | 10874433 | | 34 |
| 06/26/07 | 01:45 | $3.25 | W | WELF | 10894858 | | 34 |
| 07/03/07 | 11:02 | $3.25 | W | WELF | 10920748 | | 34 |
| 07/10/07 | 07:38 | $3.25 | W | WELF | 10942081 | | 34 |
| 07/17/07 | 07:17 | $3.25 | W | WELF | 10964547 | | 34 |
| 07/24/07 | 07:05 | $3.25 | W | WELF | 10983121 | | 34 |

| Date | Time | Amount | Type | Tran | Reference | Fiscal Officer | Facility |
|---|---|---|---|---|---|---|---|
| 07/31/07 | 05:48 | $3.25 | W | WELF | 11002327 | | 34 |
| 08/02/07 | 19:51 | $3.00 | W | MDCP | 8/1/07 | M UDO | 34 |
| 08/07/07 | 04:46 | $3.25 | W | WELF | 11008978 | | 34 |
| 08/14/07 | 05:48 | $3.25 | W | WELF | 11015507 | | 34 |
| 08/15/07 | 04:22 | $3.00 | W | MDCP | 8/13 | M PEREZ | 34 |
| 08/21/07 | 06:02 | $3.25 | W | WELF | 11021940 | | 34 |
| 08/28/07 | 05:09 | $3.25 | W | WELF | 11028286 | | 34 |
| 09/04/07 | 05:45 | $3.25 | W | WELF | 11034101 | | 34 |
| 09/11/07 | 11:02 | $3.25 | W | WELF | 11043169 | | 34 |
| 09/23/07 | 03:07 | $3.25 | W | WELF | 11054127 | | 34 |
| 09/25/07 | 03:35 | $3.25 | W | WELF | 11056820 | | 34 |
| 10/02/07 | 04:31 | $3.25 | W | WELF | 11063351 | | 34 |
| 10/09/07 | 02:45 | $3.25 | W | WELF | 11069484 | | 34 |
| 10/16/07 | 03:46 | $3.25 | W | WELF | 11076307 | | 34 |
| 10/23/07 | 01:15 | $3.25 | W | WELF | 11082524 | | 34 |
| 10/30/07 | 02:46 | $3.25 | W | WELF | 11089124 | | 34 |
| 10/30/07 | 02:47 | $1.50 | W | WELF | 11089124 | | 34 |
| 11/06/07 | 03:34 | $3.25 | W | WELF | 11095759 | | 34 |
| 11/13/07 | 04:36 | $3.25 | W | WELF | 11102226 | | 34 |
| 11/19/07 | 02:15 | $3.25 | W | WELF | 11108325 | | 34 |
| 12/04/07 | 03:30 | $3.25 | W | WELF | 11121650 | | 34 |
| 12/11/07 | 02:46 | $3.25 | W | WELF | 11128186 | | 34 |
| 12/18/07 | 02:17 | $3.25 | W | WELF | 11136599 | | 34 |
| 12/21/07 | 03:45 | $3.25 | W | WELF | 11142306 | | 34 |
| 12/28/07 | 04:17 | $3.25 | W | WELF | 11148267 | | 34 |
| 01/08/08 | 04:15 | $3.25 | W | WELF | 11156218 | | 34 |
| 01/15/08 | 03:01 | $3.25 | W | WELF | 11162860 | | 34 |
| 01/22/08 | 02:30 | $3.25 | W | WELF | 11169145 | | 34 |
| 01/29/08 | 03:30 | $3.25 | W | WELF | 11175930 | | 34 |
| 02/05/08 | 03:19 | $3.25 | W | WELF | 11181941 | | 34 |
| 02/06/08 | 09:20 | $3.00 | W | MDCP | 020508 | A GAYTAN | 34 |
| 02/12/08 | 02:47 | $3.25 | W | WELF | 11188799 | | 34 |
| 02/19/08 | 03:04 | $3.25 | W | WELF | 11196007 | | 34 |
| 02/26/08 | 03:31 | $3.25 | W | WELF | 11202854 | | 34 |
| 03/04/08 | 03:43 | $3.25 | W | WELF | 11210336 | | 34 |
| 03/11/08 | 02:48 | $3.25 | W | WELF | 11216623 | | 34 |
| 03/18/08 | 03:13 | $3.25 | W | WELF | 11223764 | | 34 |

JOHN BARBER
BK#0503340152
W.V.D.C.
9500 N. ETIWANDA AVE.
RANCHO CUCAMONGA CA. 91739

LEGAL MAIL

ATT. PROSE COURT CLERK
U.S. DISTRICT COURT
CALIFORNIA NORTHERN DISTRICT (OAKLAND)
1301 CLAY ST. SUITE 400S
OAKLAND CA. 94612-5212